IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>GILBERT EXCAVATING, INC., *et al.*,<br><br>  Defendants.<br>_____ / | No. C 05-00589 WHA<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs have submitted a second *ex parte* application to continue the case management conference for yet another month. Plaintiffs' request is **DENIED**. Trial counsel shall please appear for the case management conference on **JUNE 16, 2005 AT 11:00 A.M.** Please file your joint case management conference statement no later than June 13, 2005.

**IT IS SO ORDERED.**

Dated: June 10, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE