United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GILBERT EXCAVATING, INC., *et al.*,<br><br>　　　　Defendants.<br>　――――――――――――――――――――/ | No. C 05-00589 WHA<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

　　　The further case management conference, currently set for August 4, 2005, is **CONTINUED** to **AUGUST 18, 2005, AT 11:00 A.M.**, which will be vacated if dismissal papers are timely filed.

　　　**IT IS SO ORDERED.**

Dated: August 1, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE