United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GILBERT EXCAVATING, INC., et al.,<br><br>Defendants. | No. C 05-00589 WHA<br><br>**ORDER TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

The parties shall please attend the case management conference, currently set for **AUGUST 18, 2005, AT 11:00 A.M.**, unless a dismissal is timely filed prior to the conference.

**IT IS SO ORDERED.**

Dated: August 16, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE