IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,

    Plaintiffs,

v.

GILBERT EXCAVATING, INC., *et al.*,

    Defendants.

No. C 05-00589 WHA

**ORDER DISMISSING CASE**

This action is dismissed without prejudice pursuant to FRCP 41(a). Notwithstanding any stipulation to the contrary, the Court retains jurisdiction to enforce the settlement agreement between the parties for only one year.

**IT IS SO ORDERED.**

Dated: August 22, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE